UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OLAUDAH MCKENZIE #19301-021,<br>Petitioner | CIVIL DOCKET NO. 1:21-CV-04393<br>SEC P |
| VERSUS | JUDGE DRELL |
| CHRIST MCCONNELL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 12th day of May 2022.

DEE. D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT